# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| **Metropolitan Life Insurance Company** | § § § |
| **Plaintiff,** | § § |
| v. | § § |
| | §   **CIVIL ACTION NO. 1:20-CV-175** |
| **Ladislao Arredondo, Jr., Rebecca Arredondo Fry, Sofia Arredondo, and Amanda Arredondo,** | § § § § |
| | § |
| **Defendants.** | § |

## NOTICE OF SETTLEMENT

Come now Plaintiff Metropolitan Life Insurance Company ("Plaintiff" or "MetLife"), by counsel, and notifies the Court that the parties have reached a settlement of this matter.

Each of the Defendants were served with a copy of the lawsuit and have all returned waivers of service. (Doc. Nos. 5-8). As of time of filing, Defendants have not yet entered an appearance or filed a responsive pleading. Plaintiff and Defendants recently reached a settlement of the matter and an agreement regarding the interpleader proceeds.

The parties are working on finalizing the settlement agreement and anticipate filing dismissal paperwork with the Court within 45 days. In light of the settlement, Plaintiff respectfully requests a re-set of the Initial Pretrial Conference currently scheduled on January 28, 2021 in order to permit the parties time to finalize settlement.

Dated this 21st day of January, 2021.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Stephanie C. Ng*
Stephanie C. Ng
Attorney-in-Charge
Texas Bar No. 24098176
500 Dallas Street, Suite 3000
Houston, Texas   77002
Telephone: (713) 655-5755
Fax: (713) 655-0020
stephanie.ng@ogletreedeakins.com

**ATTORNEYS FOR PLAINTIFF METROPOLITAN LIFE INSURANCE COMPANY**

45712633.1