United States District Court
Southern District of Texas
**ENTERED**
January 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 1:20-cv-00175 |
| | § | |
| LADISLAO ARREDONDO, JR., ET AL., | § | |
| Defendants. | § § | |

## ORDER

The Court received Metropolitan Life Insurance Company's "Notice of Settlement" (Dkt. No. 9). The parties are instructed to file the appropriate documentation, including an Agreed Judgment or Stipulation of Dismissal, by **February 22, 2021**. If the parties fail to comply, the Court will enter a dismissal order, *sua sponte*.

Signed on this 28th day of January, 2021.

Rolando Olvera
United States District Judge