United States District Court
Southern District of Texas
**ENTERED**
March 22, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, <br> Plaintiff, <br> v. <br><br> LADISLAO ARREDONDO, JR., ET AL., <br> Defendants. | § § § § § § § § | Civil Action No. 1:20-cv-00175 |

## ORDER

Before the Court is Plaintiff Metropolitan Life Insurance Company's ("Plaintiff") "Notice of Voluntary Dismissal" (Dkt. No. 14). Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff's claims against Defendants Ladislao Arredondo, Jr., et al. are **DISMISSED WITH PREJUDICE**. The Clerk of the Court is **ORDERED** to close this case.

Signed on this __22nd__ day of __March__, 2021.

Rolando Olvera
United States District Judge